# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# HAGERSTOWN DIVISION

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
RECEIVED 2009 APR 28 AM 10:14
MAY 05 2009
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY
U.S. DIST. COURT OF MD
HAGERSTOWN #11

Jonathan Lee Riches d/b/a
Chaim Katzman a/k/a
Blackrock Inc CEO,
Plaintiff

V.    AW-09-1170

Craigslist Inc a/k/a CraigsList.com; Jim Buckmaster d/b/a Craigslist CEO; Philip Markoff; Julissa Brisman; Boston University; Megan McAllister; Marriott Copley Hotel; Ann Olson; Michael John Anderson; Hagerstown Police Department; Maryland State Police,
Defendants

---

**Preliminary Injunction, Temporary Restraining Order, TRO Copyright and Trademark Infringement**

This court has Jurisdiction. The Hagerstown Police Department and Craigslist Inc violated my civil rights. Comes now, Jonathan Lee Riches d/b/a Chaim Katzman a/k/a Blackrock Inc CEO, I'm in danger from Defendants Craigslist, Inc & Craigslist.com continue to post negative Ads about me online and defame my character. Craigslist promotes prostitution and defendant Philip Markoff on 12-27-08 posted a Craigslist Adduct Ad in Hagerstown saying that Jonathan Lee Riches is a Escourt Service running at the Hagerstown Holiday Inn, I which I charge $99 dollars a hour for backrubs, leg muscle relaxing thearapy, nasal squeezes and pillow fluffs. I contacted Craigslist and its CEO from the Federal Medical Center in Lexington Kentucky to tell them to take my ad down, but Buckmaster refuses. This caused me to be on Zoloff and Paxil medications in Prison. The Hagerstown Police Department won't investigate my complaints to take down the Jonathan Lee Riches escourt site on Craigslist for males, I made 121 complaints since 12-27-08, the day of my birthday. Craigslist now has ads saying I do male carwashing with chipendales at Boston University, squeegy and buff for $29.95, this

is false Advertisement and defamation of my character. Craigslist.com illegally posts x-rated prostitution ads bearing my picture saying I'm a prison pen pal escort. I got letters from Michael John Anderson, Megan McAllister threatening me with murder if I don't have sex with them at the Marriott. Ann Olson & Julissa Brisman send me threatening letters and extortion. Craigslist.com posted a ad for them saying I'm "Mr. Senior Pizza", delivers hot pizza within 30 minutes in Hagerstown with Extra Anchovies. This is false advertising. I feel violated from Craigs List, I'm not the evil monster they say I am. Craigslist.com has posted my prison records. I seek a restraining order Against the defendants. I compell the Maryland state police and Hagerstown Police department to investigate the defendants for harassing my life, causing me grief and pain. Defendants are responsible for me on medication, this is a civil rights violation. Defendants caused me Anxiety Attacks and rapid thoughts and weighloss, loss of Appetite. One last complaint, I copyrighted myself under the Uniform Commercial code. U.C.C 1-308 and defendants are violating my copyright name on Craigslist by Advertising Food products on my webpages like web banners of Levitra, Prozac, Malox with my Craigslist Ad which I don't support and it's a constitutional violation. I let the Hagerstown Police Dept. Know this that I'm scared, my life is in danger, defendants threatened to have others murder me. I pray this honorable court for relief

respectfully,

Jonathan Lee Riches d/b/s
Chaim Katzman
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

4-24-09